IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| KERRON LAVERN OTIS, | § | |
| *PLAINTIFF,* | § | CASE NO. 1:20-CV-00265 |
| | § | |
| v. | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| WELLS FARGO BANK, | § | |
| *DEFENDANT.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 23), which recommends dismissing *pro se* Plaintiff Kerron Lavern Otis's ("Otis") complaint for failure to prosecute or to comply with a court order. FED. R. CIV. P. 41(b). No one has filed objections to the report and recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b)(2).

It is, therefore, **ORDERED** that the magistrate judge's Report and Recommendation (Doc. No. 23) is **ADOPTED**; Otis's Amended Complaint is **STRICKEN**, and his case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or to comply with a court under FED. R. CIV. P. 41(b).

THIS IS A FINAL JUDGMENT.

**SIGNED this 5th day of February, 2021.**

Michael J. Truncale
United States District Judge